**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6462

DAVID MEYERS,

Petitioner - Appellant,

v.

TODD E. ISHEE, NCDPS Prisons Director; DENISE JACKSON; PRESCOTT WILLIAMS; ERICA A. HOOKS, NCDPS Secretary; ROY COOPER, NC-Governor; TIMOTHY MOOSE, NCDPS Deputy Secretary; BRANDESHAWN HARRIS, NCDPS Prisons Assistant Director,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Elizabeth W. Hanes, Magistrate Judge.  (3:22-cv-00138-MHL-EWH)

Submitted:  December 15, 2022                    Decided:  January 5, 2023

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David Meyers, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Meyers seeks to appeal the magistrate judge's memorandum order conditionally filing Meyers' 28 U.S.C. § 2254 petition, denying without prejudice his motion to transfer, and directing him to resubmit the § 2254 petition using the standardized form. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Meyers seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We also deny the motion to consolidate. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*